Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAINER METZGER, as legal guardian for K.F. and for himself individually and MATTHEW METZGER, individually, | No. C17-1391RSL |
| Plaintiffs, | STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES |
| v. | |
| HARBORVIEW MEDICAL CENTER, a King County Public Hospital of the UNIVERSITY OF WASHINGTON, a government entity; and JOHN DOES #1-8, acting in their personal capacity under color of state law, | **NOTE ON MOTION CALENDAR; November 8, 2017** |
| Defendants. | |

## MOTION

The parties, by and through their attorneys of record, the undersigned, jointly move to extend the deadline to disclose expert witnesses in this case to January 2, 2018 and the deadline for completing discovery to March 5, 2018. As grounds for this motion, the parties state:

1.     The deadline for disclosing expert witnesses is currently November 8, 2017. The deadline for completing discovery is January 7, 2018.

2.     Parties have not yet commenced discovery for several reasons, including attorney calendars and the motion for protective order filed by defendant Harborview Medical Center (ruling received today).

STIPULATED MOTION TO EXTEND DEADLINE
TO DISCLOSE EXPERT WITNESSES – 1
(Case No. C17-1391RSL)
630504

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

3.     Expert witness opinions will be based on review of all relevant evidence gathered in discovery, including medical records and deposition testimony, which are subject to the Court's ruling on defendant's pending motion.

4.     Trial in this matter is not scheduled until May 7, 2012.  The extension of discovery requested here should not affect any other aspect of the case schedule.

For these reasons, the parties request that the Court extend the deadline for disclosing expert witnesses to January 2, 2017 and the deadline for completing discovery to March 5, 2018.

DATED this 8th day of November, 2017.

SCHROETER, GOLDMARK & BENDER

_____
REBECCA J. ROE, WSBA #7560
KATHRYN GOATER, WSBA #9648
Counsel for Plaintiffs
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Email:  roe@sgb-law.com,  goater@sgb-law.com

JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP

S/Miranda K. Aye
_____
MIRANDA K. AYE, WSBA #40582
D. JEFFREY BURNHAM, WSBA #22679
PIERCE RAND, WSBA #49736
Counsel for Defendants
925 Fourth Avenue, Suite 2300
Seattle WA 98104
206-223-4770
Miranda@jgkmw.com
Djburnham@jgkmw.com
Randp@jgkmw.com

STIPULATED MOTION TO EXTEND DEADLINE
TO DISCLOSE EXPERT WITNESSES – 2
(Case No. C17-1391RSL)
630504

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

1

## ORDER

2

It is so ordered.  Expert witness disclosures with reports are due January 2, 2018 and

3

the deadline for completing discovery is March 5, 2018.

4

DATED this ___6ᵗʰ___ day of __December__, 2017.

5

6

_____

Hon. Robert S. Lasnik

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND DEADLINE
TO DISCLOSE EXPERT WITNESSES – 3
(Case No. C17-1391RSL)
630504

SCHROETER, GOLDMARK & BENDER
500 Central Building ▪ 810 Third Avenue ▪ Seattle, WA  98104
Phone (206) 622-8000 ▪ Fax (206) 682-2305