Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAINER METZGER, as legal guardian for K.F. and for himself individually and MATTHEW METZGER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>HARBORVIEW MEDICAL CENTER, a King County Public Hospital of the UNIVERSITY OF WASHINGTON, a government entity; and JOHN DOES #1-8, acting in their personal capacity under color of state law,<br><br>Defendants. | No. C17-1391RSL<br><br>ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM |

THIS MATTER having come before the Court upon the motion for appointment of John Hertog as Settlement Guardian ad Litem of K.F., an incapacitated adult, to investigate the reasonableness of any settlement offer and of the distributions on behalf of the incapacitated adult. Now, therefore, it is hereby

ORDERED that Jo-Hanna Read is appointed guardian ad litem of K.D. for the purpose of investigating the reasonableness of any settlement offer and of any proposed distributions on behalf of the incapacitated adult.

ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - 1
(Case No. C17-1391RSL)
Proposed Order Appointing SGAL.docx

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Dated this 19th day of April, 2018.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

SCHROETER, GOLDMARK & BENDER

*/s/ Rebecca J. Roe*
REBECCA J. ROE, WSBA #7560
KATHY GOATER, WSBA #9648
Counsel for Plaintiffs
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
roe@sgb-law.com
goater@sgb-law.com

ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - 2
(Case No. C17-1391RSL)
Proposed Order Appointing SGAL.docx