Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAINER METZGER, as legal guardian for K.F. and for himself individually and MATTHEW METZGER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>HARBORVIEW MEDICAL CENTER, a King County Public Hospital of the UNIVERSITY OF WASHINGTON, a government entity; and JOHN DOES #1-8, acting in their personal capacity under color of state law,<br><br>Defendants. | No. C17-1391RSL<br><br>STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO FILE PETITION TO APPROVE SETTLEMENT ON BEHALF OF INCAPACITATED ADULT UNDER SEAL<br><br>**NOTED FOR HEARING: JUNE 13, 2018** |

**MOTION**

The parties, by and through their attorneys of record, the undersigned, jointly move for an order allowing the parties to file the Petition to Approve Settlement on Behalf of K.F., an Incapacitated Adult, the Report of Settlement Guardian ad Litem, and the Proposed Order Approving Settlement under seal. As grounds for this motion, the parties state:

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO FILE PETITION TO APPROVE SETTLEMENT
ON BEHALF OF INCAPACITATED ADULT
UNDER SEAL – 1
No. C17-1391RSL
657764.docx

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1. KF suffers from a debilitating mental health condition and does not want private information about her capacity, her income, and her living situation in the public record.

For these reasons, the parties request that the Court allow the parties to file the Petition to Approve Settlement on Behalf of K.F., an Incapacitated Adult, the Proposed Order Approving Settlement, and the Report of Settlement Guardian ad Litem under seal.

DATED this 13th day of June, 2018.

SCHROETER, GOLDMARK & BENDER



REBECCA J. ROE, WSBA #7560
KATHRYN GOATER, WSBA #9648
Counsel for Plaintiffs
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: roe@sgb-law.com, goater@sgb-law.com

JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP

S/Miranda K. Aye
MIRANDA K. AYE, WSBA #40582
D. JEFFREY BURNHAM, WSBA #22679
PIERCE RAND, WSBA #49736
Counsel for Defendants
925 Fourth Avenue, Suite 2300
Seattle WA 98104
206-223-4770
Miranda@jgkmw.com
Djburnham@jgkmw.com
Randp@jgkmw.com

STIPULATED MOTION AND PROPOSED ORDER
TO FILE PETITION TO APPROVE SETTLEMENT
ON BEHALF OF INCAPACITATED ADULT
UNDER SEAL – 1
No. C17-1391RSL
657764.docx

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

**ORDER**

It is so ordered. The Petition to Approve Settlement, the Proposed Order Approving Settlement and the Report of Settlement Guardian ad Litem shall be filed under seal.

DATED this 19th day of June, 2018.

*MM Slasnik*
Hon. Robert S. Lasnik

Presented by:

SCHROETER, GOLDMARK & BENDER

*Rebecca J. Roe*
REBECCA J. ROE, WSBA #7560
KATHY GOATER, WSBA #9648
Counsel for Plaintiffs
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
roe@sgb-law.com
goater@sgb-law.com


JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP

*S/Miranda K. Aye*
MIRANDA K. AYE, WSBA #40582
D. JEFFREY BURNHAM, WSBA #22679
PIERCE RAND, WSBA #49736
Counsel for Defendants
925 Fourth Avenue, Suite 2300
Seattle WA 98104
206-223-4770
Miranda@jgkmw.com
Djburnham@jgkmw.com
Randp@jgkmw.com

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO FILE PETITION TO APPROVE SETTLEMENT
ON BEHALF OF INCAPACITATED ADULT
UNDER SEAL – 1
No. C17-1391RSL
657764.docx

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305