Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAINER METZGER, as legal guardian for K.F. and for himself individually and MATTHEW METZGER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>HARBORVIEW MEDICAL CENTER, a King County Public Hospital of the UNIVERSITY OF WASHINGTON, a government entity; and JOHN DOES #1-8, acting in their personal capacity under color of state law,<br><br>Defendants. | No. C17-1391RSL<br><br>STIPULATED MOTION AND PROPOSED ORDER TO APPROVE SETTLEMENT ON BEHALF OF INCAPACITATED ADULT<br><br>**(FILED UNDER SEAL)**<br><br>**NOTED FOR HEARING: JUNE 13, 2018** |

## MOTION

The parties, by and through their attorneys of record, the undersigned, jointly move for an order to approve the proposed settlement on behalf of K.F., an incapacitated adult, which is attached hereto under seal. A stipulated motion to allow filing under seal accompanies this motion.

DATED this 13th day of June, 2018.

STIPULATED MOTION AND PROPOSED
ORDER TO APPROVE SETTLEMENT ON
BEHALF OF INCAPACITATED ADULT - 2
(Case No. C17-1391RSL)
657760.docx

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

SCHROETER, GOLDMARK & BENDER

*Rebecca J. Roe*

REBECCA J. ROE, WSBA #7560
KATHRYN GOATER, WSBA #9648
Counsel for Plaintiffs
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: roe@sgb-law.com, goater@sgb-law.com

JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP

*S/Miranda K. Aye*
MIRANDA K. AYE, WSBA #40582
D. JEFFREY BURNHAM, WSBA #22679
PIERCE RAND, WSBA #49736
Counsel for Defendants
925 Fourth Avenue, Suite 2300
Seattle WA 98104
206-223-4770
Miranda@jgkmw.com
Djburnham@jgkmw.com
Randp@jgkmw.com

STIPULATED MOTION AND PROPOSED
ORDER TO APPROVE SETTLEMENT ON
BEHALF OF INCAPACITATED ADULT - 2
(Case No. C17-1391RSL)
657760.docx

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

**ORDER**

It is so ordered. The Proposed Order Approving Settlement is approved and shall remain sealed.

DATED this 19th day of June, 2018.

_____
Hon. Robert S. Lasnik

Presented by:

SCHROETER, GOLDMARK & BENDER

_____
REBECCA J. ROE, WSBA #7560
KATHY GOATER, WSBA #9648
Counsel for Plaintiffs
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
roe@sgb-law.com
goater@sgb-law.com


JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP

_S/Miranda K. Aye_
MIRANDA K. AYE, WSBA #40582
D. JEFFREY BURNHAM, WSBA #22679
PIERCE RAND, WSBA #49736
Counsel for Defendants
925 Fourth Avenue, Suite 2300
Seattle WA 98104
206-223-4770
Miranda@jgkmw.com
Djburnham@jgkmw.com
Randp@jgkmw.com

STIPULATED MOTION AND ~~PROPOSED~~
ORDER TO APPROVE SETTLEMENT ON
BEHALF OF INCAPACITATED ADULT - 2
(Case No. C17-1391RSL)
657760.docx

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305